**Brenda SALTER, as administratrix for the Estate of William Scott Salter, Plaintiff–Appellee,**

v.

**Edwin BOOKER, Sheriff of Conecuh County, Tyrone Boykin, M.A. Mitchell, Steve Messer, Alisha Brown, Greg Harrelson, Donna Cobb, Melissa Trannum, Jennifer Wright, Shirley Trent, Defendants–Appellants,**

Kelly Adams, et al., Defendants.

No. 13–14518
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 10, 2014.

Henry Wallace Blizzard, III, C. Michael Quinn, Wiggins Childs Pantazis Fisher & Goldfarb, Birmingham, AL, Henry Brewster, Henry Brewster, LLC, Mobile, AL, for Plaintiff-Appellee.

Fred Lee Clements, Jr., James Randall McNeill, Kendrick Emerson Webb, Webb & Eley, PC, Montgomery, AL, for Defendants-Appellants.

Before ROSENBAUM, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the order of the district court dated September 17, 2013, adopting the report and recommendation of the magistrate judge dated July 24, 2013.

AFFIRMED.